# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| GARY FLINT, <br><br> Plaintiff, <br><br> v. <br><br> PATTON STATE HOSPITAL, et al., <br><br> Defendants. | ED CV 11-0455-DMG (SH) <br><br> ORDER ACCEPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

IT IS ORDERED that a Judgment be issued dismissing the Complaint without leave to amend.

Each party to bear its own costs.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: April 30, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE