UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| GARY FLINT,<br><br>           Plaintiff,<br><br>   v.<br><br>PATTON STATE HOSPITAL, et al.,<br><br>           Defendants. | ) ED CV 11-0455-DMG (SH)<br>)<br>) ORDER ACCEPTING THE<br>) REPORT AND RECOMMENDATION<br>) OF UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

IT IS ORDERED that a Judgment be issued dismissing the Complaint without leave to amend.

Each party to bear its own costs.

1

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED:  April 30, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE