UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| GARY FLINT,<br><br>           Plaintiff,<br><br>   v.<br><br>PATTON STATE HOSPITAL, et al.,<br><br>           Defendants. | ED CV 11-0455-DMG (SH)<br><br>JUDGMENT |

Pursuant to the Order of the Court accepting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the Complaint without leave to amend.

DATED: April 30, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE